# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Reginald Smith

Case No. Civil 00-1145 MJD/JGL
**JUDGMENT IN A CIVIL CASE**

v.

Central Lutheran Church,
and U.S. West

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's application to proceed without prepayment of fees be denied;

2. This action be dismissed without prejudice, pursuant to 28 U.S.C. 1915(e)(2)(B)(ii), for failure to state a claim on which relief may be granted.

DATE: March 26, 2001

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk